No. 74–691. SCHMIDT, SECRETARY, DEPARTMENT OF HEALTH AND SOCIAL SERVICES OF WISCONSIN, ET AL. *v.*

LESSARD. Appeal from D. C. E. D. Wis. Motion of appellee for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *Huffman* v. *Pursue, Ltd.*, 420 U. S. 592 (1975).